**LEX OMNI LAW OFFICE**
900 LAFAYETTE STREET, SUITE 201
SANTA CLARA, CA 95050

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hyperion Group, Inc.<br>　　　　　　Plaintiff(s)<br>　　　v.<br>Cecol, Inc. et al<br>　　　　　　Defendant(s). | Case No. 17-cv-06892-NC<br><br>**ORDER**<br><br>Hon. Nathanael Cousins |

PURSUANT TO STIPULATION, it is ordered that the entire case entitled *Hyperion Group, Inc. v. Cecol, Inc. et al*, No. 17-cv-06892-NC, is hereby dismissed with prejudice.

Dated: April 6, 2018

